# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

149610(70)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CITIGROUP GLOBAL MARKETS REALTY
CORPORATION,
　　　　　Plaintiff-Appellee,

v

SC: 149610
COA: 309019
Montmorency CC: 11-002761-AV

PAUL SCHMITZ and DEBORAH SCHMITZ,
　　　　　Defendants-Appellants.

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

p0223